**This order is SIGNED.**

**Dated: March 13, 2024**



KEVIN R. ANDERSON
U.S. Bankruptcy Judge

*rdr*

Reid W. Lambert (05744)
**STRONG & HANNI, P.C.**
102 S. 200 E. Suite 800
Salt Lake City, UT 84111
Tel: (801) 532-7080
Email: rlambert@strongandhanni.com

Attorney for the Chapter 7 Trustee

### IN THE UNITED STATES BANKRUPTCY COURT
### IN THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>**Jerilyn R. Green**<br>SSN: XXX-XX-4628<br>Debtor | Case No. 16-21090-KRA<br>Chapter 7 |
| GEORGE HOFMANN, Chapter 7 Trustee,<br><br>Plaintiff,<br>v.<br><br>JERILYN R. GREEN; CONCO MANAGEMENT, INC., a Utah corporation, CONNER GREEN, an individual; HAMPTONS 48, LLC, a Utah limited liability company; COLLIN GREEN, an individual, STEVE GREEN, an individual; and CONCO LAND & LIVESTOCK, LLC,<br><br>Defendants. | Adv. No. 22-02040<br><br>Judge Kevin R. Anderson. |

### FINAL JUDGMENT

Based on the Stipulation of all Parties and pursuant to a Settlement Agreement approved by the Court by an Order dated February 23, 2024 [Dkt. 105], the Court now enters its **FINAL JUDGMENT** in the above case as follows:

1

1. Judgment is entered in favor of Plaintiff George Hofmann, Chapter 7 Trustee (the "Trustee") and against Defendants Jerilyn R. Green (the "Debtor") and Conco Management, Inc. ("Conco"), jointly and severally, in the amount of $350,000.00. The Judgment is entered on all claims in the Complaint asserted against the Debtor and Conco and is inclusive of all costs and attorney fees. Interest shall accrue on the Judgment at the judgment rate.

2. The claims in this Adversary Proceeding asserted against Conner Green, Hamptons 48, LLC, Collin Green, Steve Green and Conco Land and Livestock, LLC are hereby dismissed without prejudice, with the parties to bear their own costs and attorney fees.

3. Until satisfaction of the Judgment, the Court retains jurisdiction to enforce the Judgment, subject to and including enforcement of the terms of the underlying Settlement Agreement as approved by the Court.

4. Subject to the terms of the Settlement Agreement, this judgment may be augmented to include any expenses, including reasonable attorney fees, incurred by the Trustee in efforts to enforce or collect the Judgment.

* * *  END OF FINAL JUDGMENT  * * *

**APPROVED AS TO FORM AND CONTENT:**

**ROGER A. KRAFT, ATTORNEY
AT LAW, P.C.**

　　*/s/ Roger A. Kraft*
Roger A. Kraft
Attorneys for Defendant Jerilyn R. Green

**BRIAN D. JOHNSON, P.C.**

     */s/ Brian D. Johnson*
Brian D. Johnson
Attorney for Conco Management, Inc.; Conner
Green; Collin Green; Steve Green; Hamptons 48,
LLC; and Conco Land & Livestock, LLC

## DESIGNATION OF PARTIES TO BE SERVED

     Service of the foregoing proposed **Final Judgment** shall be served to the parties and in the manner designated below:

By Electronic Service: I certify that the parties of record in this case as identified below, are registered CM/ECF users:

- **Brian D. Johnson**   courtmail@bdjexpresslaw.com, jstockdale@gmail.com
- **Roger A. Kraft**   courtmail@rogerkraftlaw.com, r59699@notify.bestcase.com
- **Reid W. Lambert**   rlambert@strongandhanni.com, cjohnson@strongandhanni.com

By Regular U.S. Main, postage prepaid: The following parties of record should be served notice pursuant to Fed. R. Civ. P. 5(b):

    **No manual recipients**

                                           */s/ Connie Johnson*
                                           Connie Johnson, Legal Assistant

## CERTIFICATE OF SERVICE

     I hereby certify that on March 7, 2024, I electronically filed the foregoing proposed **Final Judgment** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered users and will be served through the CM/ECF system:

3

- **Brian D. Johnson**   courtmail@bdjexpresslaw.com, jstockdale@gmail.com
- **Roger A. Kraft**   courtmail@rogerkraftlaw.com, r59699@notify.bestcase.com
- **Reid W. Lambert**   rlambert@strongandhanni.com, cjohnson@strongandhanni.com

    I further certify that on March 7, 2024, I caused to be served a true and correct copy of the foregoing proposed **Final Judgment** to be sent by regular first-class United States mail, postage pre-paid, addressed to:

**No manual recipients**

                                                   */s/ Connie Johnson*
                                                   Connie Johnson, Legal Assistant